**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF HAWAII

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Royal Hawaiian Water Co., Ltd.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Hawaiian Isles Water Company** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0322878** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2839 Mokumoa Street**<br>**Honolulu, HI 96819**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Honolulu**<br>County | **Location of principal assets, if different from principal place of business**<br>**99-1220 Iwaena Street Aiea, HI 96701**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.hawaiianisleswater.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

U.S. Bankruptcy Court - Hawaii  #22-00524  Dkt # 1  Filed 07/30/22  Page 3 of 18

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 30, 2022**
              MM / DD / YYYY

X **/s/ Michael H. Boulware**                          **Michael H. Boulware**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Chuck C. Choi**                          Date  **July 30, 2022**
Signature of attorney for debtor                       MM / DD / YYYY

**Chuck C. Choi**
Printed name

**Choi & Ito**
Firm name

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
Number, Street, City, State & ZIP Code

Contact phone    **808-533-1877**        Email address    **cchoi@hibklaw.com**

**6435 HI**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**July 30, 2022**__     X /s/ Michael H. Boulware
                                        Signature of individual signing on behalf of debtor

                                        **Michael H. Boulware**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Royal Hawaiian Water Co., Ltd.** |
| United States Bankruptcy Court for the: | **DISTRICT OF HAWAII** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of Hawaii, DOH**<br>**919 Ala Moana Blvd., Rm 212**<br>**Honolulu, HI 96814** | **Lyle Leonard, Esq.**<br>**Lyle.T.Leonard@hawaii.gov** | **HI Beverage Container Fee** | | | | **$5,226,669.82** |
| **Koksan Pet Packaging**<br>**7350 Fairfield Lakes Drive**<br>**Powell, OH 43065** | **Hanna Sevsay**<br>**hanna.sevsay@koksan.com**<br>**469-499-6316** | **Trade debt** | | | | **$2,164,177.79** |
| **T'tees of BP Bishop Estate**<br>**567 South King Street Suite 200**<br>**Honolulu, HI 96813** | **Ryan Ng**<br>**ryng@ksbe.edu**<br>**808-523-6260** | **Rent** | | | | **$447,096.55** |
| **HECO**<br>**1001 Bishop Street, Suite 118**<br>**Honolulu, HI 96813** | **Aaron Jay**<br>**aaron.jay@hawaiianelectric.com**<br>**808-548-7311** | **Services Rendered** | | | | **$429,819.97** |
| **Narin Company**<br>**#506-1203, 45 Daewon-Ro**<br>**Paju-Si,**<br>**Gyeonggi-Do, KR** | **Haengsun Choi**<br>**alimarcochoi@gmail.com** | | | | | **$277,237.39** |
| **Board of Water Supply**<br>**630 S. Beretania Street**<br>**Honolulu, HI 96843** | **collections@hbws.org** | **Services Rendered** | | | | **$61,507.08** |
| **Department of Environmental Services**<br>**City & County of Honolulu**<br>**1000 Uluohia Street #308**<br>**Kapolei, HI 96707** | **Lynette Smith**<br>**lsmith@honolulu.gov**<br>**808-768-3486** | | | | | **$18,451.10** |

U.S. Bankruptcy Court - Hawaii   #22-00524   Dkt # 1   Filed  07/30/22   Page 7 of 18

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MRH Capital Inc.** **571 Mayberry Ave** **Alta Loma, CA** **91737** | **Mike Maragh** **mdmaragh@gmail.com** **909-758-2888** | | | | | **$17,794.37** |
| **Airgas USA, LLC** **259 North Radnor-Chester Road Suite 100 Radnor, PA 19087-5283** | **Alma Martinez** **alma.martinez@airgas.com** **808-692-0451** | **Services Rendered** | | | | **$12,142.91** |
| **Moo's Machine Works** **685 Mapunapuna Street Honolulu, HI 96819** | **moos.machineworks@hawaiiantel.net** | **Services Rendered** | | | | **$10,411.81** |
| **Chart Inc.** **P.O. Box 088968 Chicago, IL 60695** | **laurie.silva@chartindustries.com** | | | | | **$9,848.50** |
| **The Madden Corporation** **94-800 Ukee Street #301 Waipahu, HI 96797** | **Lisa D'Alessio** **acct14@welcometotheislands.com** **808-564-8800** | **Trade debt** | | | | **$8,776.80** |
| **Rengo Packaging, Inc** **91-170 Malakole Street Kapolei, HI 96707** | **Kekoa Aiu** **kekoa.aiu@rengopackaging.com** **808-484-5818** | **Goods provided** | | | | **$8,200.26** |
| **Hawaii Truck Parts, Sales & Services LLC 2291 Lauwiliwili Street Kapolei, HI 96707** | **808-682-6109** | **Trade debt** | | | | **$7,188.57** |
| **Young Brothers, LLC** **1331 North Nimitz Highway Pier 40 Honolulu, HI 96817** | **Joann Head** **jhead@htbyb.com** **808-543-9311** | **Trade debt** | | | | **$7,016.42** |
| **KDL CPA LLC** **745 Fort Street Suite 1415 Honolulu, HI 96813** | **Alan Kobayashi** **alan@kdlcpa.com** | **Services Rendered** | | | | **$5,245.31** |
| **Applied Graphics, Inc.** **677 Ala Moana Blvd Suite 602 Honolulu, HI 96813** | **808-523-5055** | **Trade debt** | | | | **$4,875.10** |

U.S. Bankruptcy Court - Hawaii   #22-00524   Dkt # 1   Filed  07/30/22   Page 8 of 18

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Medusky & Co., Inc. 800 Bethel Street Suite 405 Honolulu, HI 96813** | | **Services Rendered** | | | | **$4,692.41** |
| **SCS Global Services 2000 Powell St #600 Emeryville, CA 94608** | | | | | | **$3,899.16** |
| **J & R HI-Lift and Truck Service LLC P.O. Box 404 Pearl City, HI 96782** | | | | | | **$3,597.45** |

# United States Bankruptcy Court
## District of Hawaii

In re   **Royal Hawaiian Water Co., Ltd.**     Case No. _____

Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HIE Holdings, Inc.**<br>**2839 Mokumoa St**<br>**Honolulu, HI 96819** | | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 30, 2022** _____     Signature   **/s/ Michael H. Boulware**

                                                          **Michael H. Boulware**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Hawaii

In re   **Royal Hawaiian Water Co., Ltd.**

                                                Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 30, 2022**

**/s/ Michael H. Boulware**

**Michael H. Boulware**/**President**
Signer/Title

2020 Autobody LLC

ABM Family of Ser

Advantage Route S

Airgas USA, LLC
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087-5283

Alaka'i Mechanical Corporation
2655 Waiwai Loop
Honolulu, HI 96819

Alert Alarm Hawaii
P.O. Box 29220
Honolulu, HI 96820-1620

Alliance One, LLC
888 Veterans Memorial Highway
Suite 240
Hauppauge, NY 11788

Applied Graphics, Inc.
677 Ala Moana Blvd
Suite 602
Honolulu, HI 96813

Board of Water Supply
630 S. Beretania Street
Honolulu, HI 96843

Julie Boulware

Michael Boulware

Steven Boulware

Chart Inc.
P.O. Box 088968
Chicago, IL 60695

City and County of

Computer Resources Hawaii, Inc.
875 Waimanu Street #509
Honolulu, HI 96813

CVS

D & M Hydraulic Sales & Service, Inc.
94-148 Leowaena Street
Waipahu, HI 96797

Department of Environmental Services
City & County of Honolulu
1000 Uluohia Street #308
Kapolei, HI 96707

Department of Motor Vehicles

DHX
1188 Bishop Street
Suite 2212
Honolulu, HI 96813

Kolton Franklin

Caroline Freitas

Frito-Lay, Inc.
7701 Legacy Drive
Plano, TX 75024

Grainger

Hach Company
5600 Lindbergh Drive
P.O. Box
Loveland, CO 80539

Hawaii Audiology Consultants Inc.
P.O. Box 11711
Honolulu, HI 96828

Hawaii Food & Water Testing
P.O. Box 277
Kamuela, HI 96743

Hawaii National Bank
45 North King Street
Honolulu, HI 96817

Hawaii Truck Parts, Sales & Services LLC
2291 Lauwiliwili Street
Kapolei, HI 96707

HECO
1001 Bishop Street, Suite 118
Honolulu, HI 96813

HIE Holdings, Inc.
2839 Mokumoa St
Honolulu, HI 96819

HIE Retail LLC
825 Town and Country Lane
Suite 1500
Houston, TX 77024

Honolulu Freight
1400 Date Street
Montebello, CA 90640

Hosoda & Morikone, LLC
500 Ala Moana Blvd
#3-499
Honolulu, HI 96813

Impex GLS, Inc.

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-0734

Island Movers Inc
P.O. Box 17865
Honolulu, HI 96817

Island Palm

J & R HI-Lift and Truck Service LLC
P.O. Box 404
Pearl City, HI 96782

Christoph Jackson

Jensen Gordon

Kauai Veteran's Express Company, Ltd
P.O. Box 3329
Lihue, HI 96766

KDL CPA LLC
745 Fort Street
Suite 1415
Honolulu, HI 96813

Klein Law Group LLLC
2135 Haena Drive
Honolulu, HI 96822

Koksan Pet Packaging
7350 Fairfield Lakes Drive
Powell, OH 43065

Kuwaye Trucking, Inc.
P.O. Box 707
Hilo, HI 96720

Lemke Chinen & Tanaka
500 Ala Moana Boulevard, Bldg 2, Ste 302
Honolulu, HI 96813

Maguire Bearing Co
1919 Hau Street
Honolulu, HI 96819

Mattress Firm Inc.
10201 S. Main St.
Houston, TX 77025

Medusky & Co., Inc.
800 Bethel Street
Suite 405
Honolulu, HI 96813

Mobile Fleet Hawaii, LLC
1223 Ala Aloalo Street
Honolulu, HI 96818

Moo's Machine Works
685 Mapunapuna Street
Honolulu, HI 96819

MRH Capital Inc.
571 Mayberry Ave
Alta Loma, CA 91737

Nalco Company LLC
1601 West Diehl Road
Naperville, IL 60563

Narin Company
#506-1203, 45 Daewon-Ro
Paju-Si, Gyeonggi-Do, KR

Pacific Gloves
94-406 Maikoiko Street
Waipahu, HI 96797

Reedesign Builders, Inc.
P.O. Box 10779
Honolulu, HI 96816

Rengo Packaging, Inc
91-170 Malakole Street
Kapolei, HI 96707

Rescue Safety Pacific
96-1197 Waihona Street Unit E1
Pearl City, HI 96782

SCS Global Services
2000 Powell St #600
Emeryville, CA 94608

SOHA Living
806 Queen Street
Honolulu, HI 96813

State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

State of Hawaii, DLIR, Unemployment Ins
830 Punchbowl St. Rm 437
Honolulu, HI 96813

State of Hawaii, DOH
919 Ala Moana Blvd., Rm 212
Honolulu, HI 96814

T'tees of BP Bishop Estate
567 South King Street Suite 200
Honolulu, HI 96813

The Madden Corporation
94-800 Ukee Street
#301
Waipahu, HI 96797

West Oahu Aggregate Co., Inc.
855 Umi Street
Honolulu, HI 96819

Betty Wo

Scott Yoshida

```
Young Brothers, LLC
1331 North Nimitz Highway
Pier 40
Honolulu, HI 96817

ZEP Sales & Services
```

# United States Bankruptcy Court
## District of Hawaii

In re  **Royal Hawaiian Water Co., Ltd.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Royal Hawaiian Water Co., Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**HIE Holdings, Inc.**
**2839 Mokumoa St**
**Honolulu, HI 96819**

☐ None [*Check if applicable*]

**July 30, 2022**

Date

**/s/ Chuck C. Choi**

**Chuck C. Choi**

Signature of Attorney or Litigant

Counsel for   **Royal Hawaiian Water Co., Ltd.**

**Choi & Ito**
**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
**808-533-1877 Fax:808-566-6900**
**cchoi@hibklaw.com**